EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2002

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR02 00528 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | |
| KIRK C. HODGES, ) | [18 U.S.C. § 922(g)(1)] |
| ) | [18 U.S.C. § 922(g)(9)] |
| Defendant. ) | |

**I N D I C T M E N T**

**COUNT 1**

The Grand Jury charges that:

On or about October 28, 2002, in the District of Hawaii, defendant KIRK C. HODGES, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to

wit: a Smith & Wesson .357 caliber revolver bearing Serial Number BHB0834.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

The Grand Jury charges that:

On or about October 28, 2002, in the District of Hawaii, defendant KIRK C. HODGES, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 3

On or about October 28, 2002, in the District of Hawaii, defendant KIRK C. HODGES, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson .357 caliber revolver bearing Serial Number BHB0834.

All in violation of Title 18 United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 4

On or about October 28, 2002, in the District of Hawaii, defendant KIRK C. HODGES, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18 United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: 12/12/02, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. KIRK C. HODGES
Cr. No.
"INDICTMENT"